AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

JUDICIAL                District of             PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Jesús Rolando BANKS-RIVERA | Case Number: 99-CR-256-02 (PG) |
| | Juan MASINI SOLER |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  pleaded guilty to count(s)   one (on 09/7/00)

☐  pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐  was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy to distribute narcotics. | 8/19/99 | One |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

X  Count(s)  two and three   ☐ is   X are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: June 3, 1958

Defendant's USM No.: 18163-069

Defendant's Residence Address:

#108 Genaro Cautiño Oeste

Guayama, Puerto Rico 00784

Defendant's Mailing Address:

Same as above.

February 9, 2001
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

JUAN M. PEREZ-GIMENEZ, US District Judge
Name and Title of Judicial Officer

February 9, 2001
Date

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT: **Jesús Rolando BANKS-RIVERA**
CASE NUMBER: **99-CR-256-02 (PG)**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __ONE HUNDRED TWENTY__ (120) MONTHS, to be served concurrent with any sentence that he is presently serving at the state level, **but** the computation of the time to be served is to start from this day on, and not from the day of the imposition of the state sentence.

X  The court makes the following recommendations to the Bureau of Prisons:
   That the institution designated to serve this sentence be the one in which he is presently serving the state sentence.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __04-21-05__ to __FCI__
at __LORETO PA__, with a certified copy of this judgment.

BOP BUS
~~UNITED STATES MARSHAL~~

By __LtVA__
DEPUTY UNITED STATES MARSHAL